**Jeffrey L. HILL, Plaintiff-Appellant**

v.

**Melanie MOREL; George T. Holmes,**
**Defendants-Appellees**

No. 16-60642
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 2, 2017

Jeffrey L. Hill, Pro Se

Harold Edward Pizzetta, III, Esq., Special Attorney to the Attorney, Office of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Attorney General for the State of Mississippi, Jackson, MS, for Defendant-Appellee Melanie Morel

George Thomas Holmes, Jackson, MS, for Defendant-Appellee George T. Holmes

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

This litigation arose because a transcript was not filed for the defendant. The defendant wanted to refile his Mississippi complaint in Arkansas, and he became the Plaintiff here against his former attorney and the court reporter.

This court agrees with the district court's judgment that the allegations do not make a viable claim.

AFFIRMED.